**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-4608**

─────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

GEORGE SAMUEL ESTEP,

                                   Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CR-99-556)

─────────

Submitted: October 9, 2002        Decided: October 21, 2002

─────────

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

James Wyda, Federal Public Defender, Beth M. Farber, Assistant Federal Public Defender, Baltimore, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Mythili Raman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Samuel Estep appeals the ten year term of imprisonment imposed by the district court following his guilty plea to a single count of conspiracy to distribute and possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) & 846 (2000). The Government has moved to dismiss the appeal based upon Estep's waiver of his right to appeal. Our review of the record discloses that Estep knowingly and voluntarily waived his statutory right to appeal by the terms of his plea agreement. See United States v. Marin, 961 F.2d 493, 496 (4th Cir. 1992). This waiver precludes our review of his claim that the district court erred in finding that he was responsible for in excess of fifty grams of crack cocaine and sentencing him under § 841(b)(1)(A). See United States v. Brown, 232 F.3d 399, 402-03 (4th Cir. 2000). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED